Michael C. Fallon, SBN 088313
Attorney at Law
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
Facsimile: (707) 546-5775
mcfallon@fallonlaw.net

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                          Case No. 09-11955

John C. Gonzalez                                Chapter 11
Beverly A. Yates

    Debtor.
_____/

CHAPTER 11 DEBTORS' EX PARTE APPLICATION
FOR AN ORDER AUTHORIZING THE USE OF PRE-PETITION ACCOUNTS
ORDER THEREON

    The Chapter 11 debtors hereby apply for an order pursuant to 11 USC § 105 for an order authorizing their use of their pre-petition financial accounts at Wells Fargo Bank.

    The debtors filed their Chapter 11 on June 27, 2009, and are debtors in possession.

    On the day the petition was filed the debtors were doing most of their banking with Wells Fargo Bank. When the debtors contacted Wells Fargo Bank, an authorized depository, to open debtor in possession accounts, the debtors requested that Wells Fargo Bank convert their existing account to DIP accounts. The Bank agreed to do, but only on the condition the court enter an order authorizing the use of the pre-petition accounts.

    The Office of the United States was contacted to determine if that office had any objection to the request. It does not.

//

//

1

Wherefore, the debtors request the court enter an order authorizing their use of their pre-petition Wells Fargo accounts as their post-petition debtor-in possession accounts.

Dated: July 2, 2009

/s/ *Michael C. Fallon*

_____
Michael C. Fallon
Attorney for the Debtors.

ORDER

IT IS SO ORDERED.

Dated: July 4, 2009

_____
Alan Jaroslovsky
U.S. Bankruptcy Judge