Michael C. Fallon, SBN 088313
Attorney at Law
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
Facsimile: (707) 546-5775
mcfallon@fallonlaw.net

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                        Case No. 09-11955

John C. Gonzalez                              Chapter 11
Beverly A. Yates

     Debtor.
_____/

CHAPTER 11 DEBTORS' APPLICATION FOR
AUTHORITY TO EMPLOY COUNSEL, DECLARATION
OF MICHAEL FALLON, ORDER THEREON

The Application of John Gonzalez and Beverly Yates represents:

1. On June 27, 2009, the debtors filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code, and they are debtors in possession.

2. The debtors wish to employ Michael Fallon, who is duly admitted to practice in this court, to represent him in this case.

3. The debtors have determined that Michael Fallon has had experience in matters of this character and is qualified to represent him.

4. The professional services which Michael Fallon will render are the general representation of the debtors in this case and the performance of all legal services for the debtors which may be necessary herein.

5. To the best of our knowledge, Michael Fallon has not had any connection with our creditors, or any party in interest herein, or their respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee. To the best

1

of our knowledge, he does not represent any interest adverse to us or this estate, and is a disinterested person within the meaning of 11 U.S.C. §101(14).

6. Michael Fallon has agreed to represent your Applicant at the following rates from himself and supporting personnel:

Michael Fallon: $400 per hour

Legal Assistant: $150 per hour

WHEREFORE, the debtors request that they be authorized to employ Michael Fallon as their attorney.


Dated: June 29, 2009         /s/

_____

John C. Gonzalez


/s/

_____

Beverly A yates

### DECLARATION OF MICHAEL FALLON RE DEBTOR'S APPLICATION FOR AUTHORITY TO EMPLOY COUNSEL

I, MICHAEL FALLON, declare:

1. I am an attorney at law licensed to practice before the Federal Courts for the Northern District of California.

2. To the best of my knowledge, I have not had any connection with the Debtor, its creditors, or any party in interest herein, or their respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee. To the best of my knowledge, I do not represent any interest adverse to the Debtor or this estate.

I declare under penalty of perjury that the forgoing is true and correct and that this declaration was executed by me on June 29, 2009, at Santa Rosa, California.


/s/ *Michael C. Fallon*

_____

Michael C. Fallon

2

**ORDER AUTHORIZING DEBTOR**
**TO EMPLOY COUNSEL**

The court having considered the Application of the Debtors for authorization to employ Michael Fallon to represent them and the Declaration of Michael Fallon which accompanies the said Application, the court being satisfied that Michael Fallon does not hold or represent any interest adverse to the estate and is a disinterested person within the meaning of 11 U.S.C. §101(14),

IT IS HEREBY ORDERED the Debtors are authorized to employ Michael Fallon to represent them it under a general retainer in this case.

Dated: July 23, 2009

Alan Jaroslovsky
U.S. Bankruptcy Judge